UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Thomas Varga | ) | Case No. 1:18 CV 445 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| Credit Control Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's counsel has notified the Court that above captioned case has been settled. Accordingly, this action is DISMISSED. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

                                                                                                          /s/*Donald C. Nugent*
                                                                                                           DONALD C. NUGENT
                                                                                                           United States District Judge

DATE: May 15, 2018